UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-044 (NE)

UNITED STATES OF AMERICA,

    Plaintiff,

v.     **NOTICE OF WITHDRAWAL**

MICHAEL LEE KURKOWSKI,

    Defendant.

Please remove the following Assistant United States Attorney to the above-captioned case:

<u>Remove AUSA</u>

Chelsea A. Walcker

Dated: August 28, 2024     Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*s/Chelsea A. Walcker*
BY:   Chelsea A. Walcker
Assistant U.S. Attorney